UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA ROSS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No: SACV11-1774 JST(ANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED

Dated: April 23, 2012

JOSEPHINE STATON TUCKER
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE